No. 81–1800.   WHITE-WILSON MEDICAL CLINIC, INC. *v.* ROBBINS.   C. A. 11th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pullman-Standard* v. *Swint, ante,* p. 273.

No. — – ——.   RITTER *v.* BOARD OF COMMISSIONERS OF ADAMS COUNTY PUBLIC HOSPITAL DISTRICT NO. 1.   Motion to direct the Clerk to file the petition for writ of certiorari denied.

No. A–916.   IN RE DREFKE.   D. C. W. D. Mo.   Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–929 (81–1871).   MECO, INC. *v.* SINNETTE, JUDGE, BOYD CIRCUIT COURT, DIVISION II, ET AL.   Sup. Ct. Ky. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–264.   IN RE DISBARMENT OF EILBERG.   Disbarment entered.   [For earlier order herein, see *ante,* p. 903.]

No. 81–523.   CONTAINER CORPORATION OF AMERICA *v.* FRANCHISE TAX BOARD.   Ct. App. Cal., 1st App. Dist. [Probable jurisdiction noted, *ante,* p. 960.]   Motions of National Association of Manufacturers, Committee on State Taxation of the Council of State Chambers of Commerce, EMI, Limited, and Canadian Imperial Bank of Commerce et al. for leave to file briefs as *amici curiae* granted.   JUSTICE STEVENS took no part in the consideration or decision of these motions.

No. 81–1784.   AMERICAN CYANAMID CO. *v.* OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION ET AL. C. A. D. C. Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.